UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| LEAH SCHULZ,<br>      Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE INS. CO.,<br>      Defendant. | Civil Action No.: 2:22-cv-00167-cr |

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all of Plaintiff's claims in the above-captioned matter are hereby dismissed with prejudice, each party to bear its/her own attorney's fees and costs.a

April 25, 2023
South Burlington, Vermont

Respectfully submitted,
JARVIS & MODUN, L.L.P.
For Leah Schulz

By:   */s/ Craig A. Jarvis*
Craig A. Jarvis, Esq.
P.O. Box 4590
Burlington, VT 05406
(802) 540-1030
jarvis@jarvis-modun.com

April 25, 2023

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, L.L.P.
For Reliance Standard Life Ins. Co.

By:   */s/ Hannah Symonds*
Hannah Symonds, Esq.
150 Fayetteville Street - Suite 300
Raleigh, NC 27601
(984) 268-2106
Hannah.Symonds@wilsonelser.com